IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MIKLOS GOMORI, BRIAN JOHNSON and　　　　　　　　　　　　　　PLAINTIFFS
PRESTON JOHNSON

Vs.　　　　　　　　CASE NO.　4:07cv01156 JMM

LARRY BOARDMAN, et al　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Pursuant to the Order entered June 24, 2008, the addresses for the plaintiffs have been provided.  The Clerk is directed to add to the docket the address of Plaintiff Miklos Gomori provided in docket entry #16.

The Clerk is directed to provide Plaintiff Gomori with a copy of this Order and a copy of docket entry 15.  Plaintiff Gomori's time to respond to the Order (docket entry #15) is extended to thirty (30) days from the date of this Order.[1]

IT IS SO ORDERED THIS 3rd day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is advised that Rule 5.5(c)(2) of the Local Rules of the Eastern District of Arkansas provides that if any communication from the Court to a pro se Plaintiff is not responded to within thirty days, the lawsuit may be dismissed without prejudice.  If you do not comply with the deadline in this Order your lawsuit will be subject to dismissal.