IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MIKLOS GOMORI, BRIAN JOHNSON
and PRESTON JOHNSON                                                    PLAINTIFFS

V.                                          4:07CV01156JMM

LARRY BOARDMAN, individually
and in his capacity as President of
BOARDMAN, INC.; and BOARDMAN, INC.                                     DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled March 23, 2009 is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties. All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within thirty (30) days of the date of this order.

IT IS SO ORDERED this 11th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE